RECEIVED

SEP 10 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JIMMY JAMES MACK,　　　　　　CIVIL ACTION NO. 1:12-CV-01998
　　Petitioner　　　　　　　　　　　SECTION "P"

VERSUS

WARDEN, LOUISIANA STATE　　　JUDGE TOM STAGG
PENITENTIARY,　　　　　　　　　MAGISTRATE JUDGE JAMES D. KIRK
　　Respondent

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Mack's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 10th day of Sept, 2013.

_____
JUDGE TOM STAGG
UNITED STATES DISTRICT JUDGE